UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF OMEGA PROTEIN, INC., AS OWNER OF FISHING VESSEL ISLE DERNIERE, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO.:<br><br>JUDGE:<br><br>MAGISTRATE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

NOW INTO COURT, through undersigned counsel, comes Omega Protein, Inc. (hereinafter referred to as "Omega"), as owner of Fishing Vessel ISLE DERNIERE, who brings this Complaint in Admiralty pursuant to the Limitation of Shipowners Liability Act, 46 U.S.C. §§ 30501, et seq. and represents to this Honorable Court as follows:

1.

**JURISDICTION**

This is a case of admiralty and maritime jurisdiction, and is an admiralty or maritime claim within the meaning of Federal Rule of Civil Procedure 9(h) and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims. This Court has jurisdiction pursuant to 28 U.S.C. § 1333.

2.

**VENUE**

Venue is proper in the United States District Court for the Western District of Louisiana pursuant to Rule F(9) of the Supplemental Rules of Certain Admiralty and Maritime Claims since F/V ISLE DERNIERE has not been attached or arrested in connection with any claim to which Omega seeks to limit its liability and since the collision at issue occurred in the navigable waters of the Vermilion River, Vermilion Parish, Louisiana, within the Western District of Louisiana.

3.

At all pertinent times hereto, Omega was the owner and operator of F/V ISLE DERNIERE (official number 618126), its equipment, tackle, apparel, fixtures, and furniture.

4.

The F/V ISLE DERNIERE was a fishing vessel. F/V ISLE DERNIERE weighed 530 gross tons.

5.

F/V ISLE DERNIERE was, at all times herein mentioned, in all respects seaworthy and properly and efficiently officered, manned, supplied, equipped and furnished, and well and sufficiently fitted and supplied with suitable machinery, tackle, apparel, appliances and furniture, all in good order and condition and suitable for the business and operation in which it was engaged. Omega had, at the commencement of the voyage of the vessel herein mentioned, and at all times prior and subsequent thereto, exercised due diligence to make said vessel in all respects seaworthy and properly and efficiently officered, manned, equipped, supplied and

furnished, and well and sufficiently fitted and supplied with suitable machinery, tackle, apparel, appliances and furniture.

6.

On September 5, 2013, at approximately 4:00 a.m., F/V ISLE DERNIERE was proceeding north in navigable waters of the Vermilion River, Vermilion Parish, Louisiana.

7.

On September 5, 2013, at approximately 4:00 a.m., F/V ISLE DERNIERE was involved in a collision with one of six barges being pushed by the vessel, M/V LADY LAUREN, owned and operated by Louisiana Marine Towing, LLC. The resulting damage to F/V ISLE DERNIERE was minimal and insignificant.

8.

The cause or causes of the incident, and any claims which have been made and may be made in the future against Omega and/or F/V ISLE DERNIERE, and all other damages in any manner arising out of said occurrence, were not caused or contributed to by any fault, negligence, design, or want of due care on the part of Omega, its agents, employees, or anyone for whom Omega is or may be responsible or by any unseaworthiness of F/V ISLE DERNIERE within the privity or knowledge of Omega, its officers or managing agents, at or prior to the commencement of the voyage.

9.

As a result of the collision between F/V ISLE DERNIERE and the barge being pushed by M/V LADY LAUREN, it is alleged that certain personal injuries were suffered by members of the crew of F/V ISLE DERNIERE at the time of the collision.

10.

One legal action has been commenced against Omega for the incident in the 15th Judicial District Court for the Parish of Vermilion, Louisiana, captioned "Robert Lancelin, Sr. v. Omega Protein, Inc." bearing Docket Number 98308-E.

11.

At the time of the occurrence, Omega was the owner of F/V ISLE DERNIERE and its appurtenant equipment. The value of F/V ISLE DERNIERE and its equipment immediately following the incident was ONE HUNDRED SEVENTEEN THOUSAND AND NO/100 ($117,000.00) DOLLARS, as evidenced by the attached Affidavit of Value executed by Michael E. Wilson. The amount of aggregate value of the F/V ISLE DERNIERE, its equipment and pending freight, is less than the amount expected to be sought by potential claimants.

12.

The voyage of F/V ISLE DERNIERE, on which the anticipated demand of claimants sought to be defeated (exoneration) or in the alternative limited, commenced on September 3, 2013, and ended on September 5, 2013, at Omega's dock in Vermilion Parish.

13.

Complainant, Omega, claims the benefit of the provisions of the Limitation of Shipowners Liability Act, 46 U.S.C. §§30501, et seq., and the Acts amendatory thereof and supplemental thereto; and in this proceeding, by reason of the facts and circumstances herein above set forth, Complainant, Omega, further desires to contest its liability and the liability of F/V ISLE DERNIERE, its appurtenances, equipment, and its crew to any extent whatever for any and all loss, destruction, damages, and injuries sustained by others allegedly caused or resulting from the aforesaid occurrence. At all times, Omega submits that it is entitled to a

decree exonerating it from any and all fault or liability. In the alternative, if Omega is found to be liable, which is denied, then its liability to known or unknown claimants with respect to the aforesaid occurrence should be limited to the value of F/V ISLE DERNIERE and its pending freight as of September 5, 2013. To that end, and in accordance with 46 U.S.C. § 30505, Omega deposits with this Honorable Court security in the form of a Bond in the amount of ONE HUNDRED SEVENTEEN THOUSAND AND NO/100 ($117,000.00) DOLLARS, plus interest at the rate of 6% per annum from date of security plus costs, as required by Rule F of the Supplemental Rules of Certain Admiralty and Maritime Claims.

14.

Omega submits that the correct amount of the bond should be ONE HUNDRED SEVENTEEN THOUSAND AND NO/100 ($117,000.00) DOLLARS, which Omega has contemporaneously filed herewith, with interest at the rate of 6% per annum from the date of said stipulation, and for costs; in addition thereto, Omega is prepared to give security in the form of a bond or stipulation for any amount in excess of the Ad Interim Stipulation as may be ascertained or determined to be necessary under the orders of this Honorable Court, and as provided by the laws of the United States and the Federal Rules of Civil Procedure, such as based upon subsequent re-appraisement as deemed necessary by this Court, or pursuant to the Order of this Court after notice and hearing, granting any claimants' motion to increase security.

15.

Not more than six (6) months have elapsed since the collision between F/V ISLE DERNIERE and the barge being pushed by M/V LADY LAUREN or since Omega received written notice of any claims resulting from the occurrence at issue.

16.

Complainant requests the right provided by 46 U.S.C. § 30501, et seq., to have all claims and issues concerning the incident in question determined in a single proceeding before this District Court, sitting in Admiralty, and pray for all equitable relief, including an Order enjoining the prosecution of any claims outside the limitation proceeding prayed for in this Complaint. Complainant also prays for all general and equitable relief as the justice of the cause may require, and this Honorable Court may be competent to grant.

17.

The foregoing allegations are true to the best of the undersigned counsel's knowledge, information and belief.

WHEREFORE, PREMISES CONSIDERED, Complainant, Omega Protein, Inc., prays:

1. That upon the filing of the Ad Interim Stipulation herein described, this Court shall issue Notice to all persons, firms, or corporations asserting claims for any and all losses, damages and injuries arising from or relating to the incident described in the Complaint, with respect to which Complainant, Omega, seeks exoneration from or limitation of liability, admonishing them to file their respective claims with the Clerk of Court and to serve on the attorneys for Omega a copy thereof on or before the date specified in the notice;

2. That upon the filing of the Stipulation herein described, the Court shall issue an injunction restraining the commencement or prosecution of any other action or proceeding of any kind in any other Court against the Complainant, Omega, or any of its property including F/V ISLE DERNIERE, with respect to all claims arising out of or connected with any losses, damages, and injuries resulting from the incident described in the Complaint;

3. That this Court adjudge that Omega and F/V ISLE DERNIERE are not liable to any extent whatsoever for any loss, injury, expense, damage or claim whatsoever, occasioned, or incurred as a result of the incident described in this Complaint; or in the alternative, that if the Court should adjudge that Complainant is liable in any amount whatsoever, that said liability may be limited to the value of Complainant's interest in F/V ISLE DERNIERE and its pending freight, and may be divided pro-rata among such claimants; and that a Judgment be entered, discharging Omega and the said vessel of and from any and all further liability and forever enjoining and prohibiting the filing or prosecution of any claims against Omega or its property in consequence of or connected with the matters and happenings referred to in the Complaint; and

4. That Omega has such other and further relief as justice may require and this Court may be competent to grant.

Respectfully Submitted:

BREAUD & MEYERS

*/s/Alan K. Breaud*

ALAN K. BREAUD, T.A., No. 3420
ANDREW H. MEYERS, No. 14221
600 Jefferson Street, Suite 1101
Post Office Drawer 3448
Lafayette, Louisiana 70502
Ph: (337) 266-2200
Fax: (337) 266-2204
Attorneys for Omega Protein, Inc.