U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

OCT 26 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

**IN THE MATTER OF THE COMPLAINT OF OMEGA PROTEIN, INC. AS OWNER OF THE ISLE DERNIERE, FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

**CIVIL ACTION 14-469 (LEAD)**
**15-3468 (MEMBER)**

**JUDGE HAIK**

**MAGISTRATE JUDGE HANNA**

---

**JUDGMENT**

For the reasons set forth in the Reasons for Judgment filed this date, Omega Protein, Inc. is hereby **ORDERED, ADJUDGED, and DECREED** solely liable for the allision which took place September 3, 2013 between the F/V Isle Derniere and the M/V Lady Lauren, resulting in injuries to claimants **CHARLES BRUMFIELD, JR.** and **ROBERT LANCELIN, SR.**

Consequently, it is further **ORDERED, ADJUDGED, and DECREED** that Omega Protein, Inc. shall pay unto **CHARLES BRUMFIELD, JR.** the amount of **$350,000.00, plus prejudgment and post-judgment interest at the current federal rate** and unto **ROBERT LANCELIN, SR.** the amount of **$75,000.00, plus prejudgment and post-judgment interest at the current federal rate,** for injuries they suffered in the September 3, 2013 allision.

As set forth in the Reasons for Judgment, Omega Protein, Inc. is entitled to a limitation of liability. The amount of the limitation fund is set at the value of the Isle Derniere, determined by this Court to be **$1,288,657.00.**

**THUS DONE and SIGNED on this 26th day of October, 2015.**

Richard T. Haik Sr.

**RICHARD T. HAIK, SR., DISTRICT JUDGE**